IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:17-MC-3809-WKW |
| ) | |
| NAKEISHA MOORE ) | |
| ) | |
| Defendant, ) | |
| ) | |
| v. ) | |
| ) | |
| CITY OF BIRMINGHAM, ) | |
| ) | |
| Garnishee. ) | |

## **ORDER**

On March 1, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 9.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

(1) The motion to transfer (Doc. # 5) is GRANTED;

(2) The Recommendation (Doc. # 9) is ADOPTED;

(3) This case is TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to 28 U.S.C. § 3004(b)(2).

DONE this 21st day of March, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE